```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

IVAN ELIJAH WILLIAMS, §
    Petitioner, §
  §
VS. § CIVIL ACTION NO.4:13-CV-399-Y
  §
RODNEY W. CHANDLER, Warden, §
FCI-Fort Worth, §
    Respondent. §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Ivan Elijah Williams, along with the January 9, 2013 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until January 30 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be denied.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Ivan Elijah Williams's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED February 13, 2014.

                                                     TERRY R. MEANS
                                                   UNITED STATES DISTRICT JUDGE